JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JORGE LUIS VALDEZ, JR.,

             Petitioner,

    v.

J. PICKETT, Warden,

             Respondent.

Case No. EDCV 20-02077 SVW (PVC)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge and Denying Petitioner's Request for Transfer,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:   July 27, 2021

                                         _____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE